FILED BY _____ D.C.

05 SEP 12 PM 5:13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D OF TN. MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
DYERSBURG DIVISION

| | |
|---|---|
| GARY HASTINGS and wife, PATRICIA HASTINGS ) ) ) Plaintiffs, ) ) v. ) ) QUEBECOR WORLD, INC. ) ) Defendant. ) | No.: NO. 04-2960-M/P JURY DEMAND JUDGE MCCALLA MAGISTRATE PHAM |

## ORDER AMENDING SCHEDULING ORDER

The Court, upon joint motion of the parties to extend the Scheduling Order in this case, finds this Motion to be well taken and ORDERS that the Scheduling Order be amended as follows:

1. The deadline for the completion of all discovery, including document production, depositions, interrogatories, and requests for admissions, shall be extended from October 20, 2005 to January 18, 2006;

2. The Plaintiff's Rule 26 expert disclosure deadline shall be extended from August 1, 2005 to November 1, 2005;

4. The Defendants' Rule 26 Expert Disclosure deadline shall be extended from August 31, 2005 to November 30, 2005; and

5. The expert witness deposition deadline shall be extended from October 20, 2005 to December 30, 2005.


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-13-05

The deadline for filing of dispositive motions shall remain November 15, 2005, and the trial date of January 30, 2006, shall not be affected by this Order.

Entered this __8__ day of __September__, 2005.

TU M. PHAM, United States Magistrate Judge

**APPROVED FOR ENTRY:**

LEWIS, KING, KRIEG & WALDROP, P.C.

By: _____
David A. Changas, BPR No. 20679
SunTrust Bank Building
201 Fourth Avenue North, Suite 1500
P.O. Box 198615
Nashville, TN 37219-8615
(615) 259-1366

Attorneys for Defendant Quebeco World, Inc.

RAINEY KIZER REVIERE & BELL, PLLC

By: __John D. Stevens by DAC w/ permission__
John D. Stevens, BPR No. 22574
209 Main Street
P.O. Box 1147
Jackson, TN 38301
(731) 423-2414

Attorneys for Intervening Plaintiff,
Workers' Compensation Carrier

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02960 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

John R. Tarpley
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

John D. Stevens
RAINEY KIZER REVIERE & BELL
209 East Main Street
P.O. Box 1147
Jackson, TN 38302--114

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

David A. Changas
LEWIS KING KRIEG & WALDROP, PC- Nashville
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Kenneth Gregory Alford
ALFORD LAW FIRM
173 N. Church Ave.
Dyersburg, TN 38024

Honorable Jon McCalla
US DISTRICT COURT