IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GARY HASTINGS and his wife,<br>PATRICIA HASTINGS | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 04-2960 Ml/P |
| QUEBECOR WORLD, INC.<br>(Q.W. MEMPHIS CORPORATION), | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING JOINT MOTION FOR SCHEDULING CONFERENCE, TO CONTINUE TRIAL, AND FOR ADDITIONAL RELIEF RELATED TO SCHEDULING AND ORDER SETTING TELEPHONE CONFERENCE**

A telephone conference has been set for <u>Wednesday, December 21, at 8:45 a.m.</u>, to discuss the Joint Motion for Scheduling Conference, To Continue Trial, and for Additional Relief Related to Scheduling, filed December 6, 2005. Plaintiffs' counsel shall initiate the call to the Court with all parties on the line.

SO ORDERED this 16 day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-19-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02960 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Kenneth Gregory Alford
ALFORD LAW FIRM
173 N. Church Ave.
Dyersburg, TN 38024

John D. Stevens
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

David A. Changas
LEWIS KING KRIEG & WALDROP, PC- Nashville
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

John R. Tarpley
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT