IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GARY HASTINGS and his wife, )
PATRICIA HASTINGS )
)
Plaintiffs, )
)
v. ) No. 04-2960 Ml/P
)
QUEBECOR WORLD, INC. )
(Q.W. MEMPHIS CORPORATION), )
)
Defendant. )

## ORDER FOLLOWING SCHEDULING CONFERENCE

The Court held a scheduling conference by telephone in this case on December 21, 2005. Plaintiffs were represented by William Lewis Jenkins, Jr., Esq. Defendant was represented by David Changas, Esq. Intervening Plaintiff City of Dyersburg was represented by Spence Barnes, Esq.[1] Pursuant to the parties' announcement during the conference, it is anticipated that Intervening Plaintiff City of Dyersburg will file with the Court an order of dismissal within five days of the entry of this Order. The Court hereby sets a new scheduling order as follows:

- Plaintiff's supplemental Rule 26 expert disclosure deadline is January 28, 2006.

- Defendant's Rule 26 expert disclosure deadline is February

---

[1] Mr. Barnes should file a notice of appearance in this case showing that he has replaced John Stevens, Esq. as the attorney for the Intervenor.

28, 2006.

- The deadline for completion of all discovery, including expert witness depositions, is April 1, 2006.
- Plaintiff's response to Defendant's motion for summary judgment, filed November 15, 2005, is due April 7, 2006.
- The deadline for completion of mediation is May 15, 2006.

The Court hereby sets the trial dates as follows:

- The jury trial in this matter is set to begin <u>Monday, July 24, 2006, at 9:30 a.m.</u>
- A pretrial conference is set for: <u>Friday, July 14, 2006, at 9:00 a.m.</u> The pretrial conference may be held via telephone if the parties' required submissions are timely received by the Court.
- The pretrial order and proposed jury instructions are due no later than <u>4:30 p.m. on Friday, July 7, 2006</u>.

SO ORDERED this 21 day of December, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02960 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

John R. Tarpley
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Kenneth Gregory Alford
ALFORD LAW FIRM
173 N. Church Ave.
Dyersburg, TN 38024

David A. Changas
LEWIS KING KRIEG & WALDROP, PC- Nashville
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

John D. Burleson
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38301

John D. Stevens
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

Honorable Jon McCalla
US DISTRICT COURT